IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr495-MHT** |
| | ) | **(WO)** |
| **COREY JARROD WORTHAM** | ) | |

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant Corey Jarrod Wortham, to receive mental-health treatment in accordance with the detailed recommendations of Dr. Adriana Flores and Dr. Holly Kaufman. *See* Psychological Evaluation (Doc. 38-1) at 17-18. Such treatment shall include (i) a psychiatric consultation to address treatment for depression, which may include medication and cognitive-behavioral therapy, and (ii) individual trauma-focused psychotherapy to address PTSD symptoms

and chronic complex trauma history. This treatment shall be administered by a licensed professional with expertise in treating patients with complex childhood trauma.

(2) Arrange for defendant Wortham to receive and complete outpatient substance-abuse treatment.

(3) Ensure that any mental-health practitioner treating defendant Wortham receives a copy of the psychological evaluation conducted by Dr. Adriana Flores and Dr. Holly Kaufman. *See* Psychological Evaluation (Doc. 38-1).

DONE, this the 22nd day of March, 2023.

                          /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**