AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| COREY JARROD WORTHAM | |
| | Case No.  2:21-cr-495-MHT |
| | USM No.  72346-067 |
| | Samuel J. Brooke |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2 of pet. filed 12/20/24   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime | 12/18/2024 |
| 2 | The defendant possessed a firearm | 12/18/2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  8682 | 05/22/2025 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1995 | |
| | /s/ Myron H. Thompson |
| City and State of Defendant's Residence: | Signature of Judge |
| Montgomery, Alabama | |
| | Myron H. Thompson, United States District Judge |
| | Name and Title of Judge |
| | 06/09/2025 |
| | Date |

Judgment — Page 2 of 2

DEFENDANT: COREY JARROD WORTHAM
CASE NUMBER: 2:21-cr-495-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

18 Months, with no term of supervised release to follow. This term shall run concurrently to the term of imprisonment imposed in Middle District of Alabama, Docket No. 2:25-cr-74-MHT.
The term of supervised release imposed on March 20, 2023, is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

That defendant be designated to a facility as near as possible to Montgomery, Alabama; that he participate in the Federal Industries Program, Occupational Education Program, the Residential Drug Abuse Program (RDAP) for his verified sub.-abuse disorder (or NRDAP if not qualified for RDAP), Parenting from Prison Program, RESOLVE program, and any available programs for prevention of domestic abuse and violence, such as anger management, healthy relationships, etc.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL